IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRELL A. HARRELL**                                                                                 **PETITIONER**

v.                              NO. 4:23-cv-00183-BRW

**DEXTER PAYNE**                                                                                      **RESPONDENT**

ORDER

The Court has received findings and a recommendation from United States Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court approves and adopts the findings and recommendation in their entirety.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Terrell A. Harrell ("Harrell") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing § 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Harrell cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 20th day of September, 2023.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE